UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FRANK ROHR,

                Plaintiff,

v.                               Case No. 19-1114-JTM

UNION PACIFIC RAILROAD CO.,

                Defendant.

## AMENDED SCHEDULING ORDER

Defendant has filed an unopposed motion (ECF No. 30) to modify the scheduling order entered on August 7, 2019 (ECF No. 20). For good cause shown, the motion is granted and the scheduling order is amended as follows:

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| All discovery completed | **April 8, 2020** |
| All other potentially dispositive motions (e.g., summary judgment) | **June 3, 2020** |
| Motions challenging admissibility of expert testimony | **June 3, 2020** |
| Proposed pretrial order due | **April 15, 2020** |
| Pretrial conference | **April 22, 2020 at 10:00 AM** |
| Limine motions and proposed jury instructions | **October 19, 2020** |
| Responses to limine motions and proposed instructions | **October 23, 2020** |
| Limine conference (by telephone) | **October 28, 2020 at 2:30 PM** |
| Instruction conference | **November 2, 2020 at 3:00 PM** |

| Trial | **November 3, 2020 at 9:00 AM** |

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated February 4, 2020, at Kansas City, Kansas.

> s/ James P. O'Hara
> James P. O'Hara
> U.S. Magistrate Judge